IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) No. CR 09-1021<br>) |
| vs. | )<br>) |
| MARTY JOHN HESS, | )<br>) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

WHEREAS, on January 20, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1), based upon defendant's guilty plea to Counts 1 and 11 of the Indictment, in which defendant consented to the forfeiture of any interest he had or has in property alleged to be subject to forfeiture under the Forfeiture Allegations of the November 17, 2009, Indictment;

AND WHEREAS, notice of this forfeiture action was published on the official government website www.forfeiture.gov for 30 consecutive days beginning on January 26, 2010, and continuing through February 24, 2010, giving notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed against the property identified as subject to forfeiture in the November 17, 2009, Indictment;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to the hereinafter described property, whether real, personal and/or mixed, of the defendant named, is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property which was purchased by the defendant Marty John Hess, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

> **a 1.46 carat round diamond engagement ring, with a white gold band, seized on January 11, 2010, which was purchased by defendant from Kay Jewelers with proceeds from his commission of wire fraud.**

3. All other persons claiming any right, title, or interest in or to the above-referenced property are held in default.

4. The claims and interests of any other persons or parties are forever foreclosed and barred.

5. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this order.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

**DATED** this 3rd day of May, 2010.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA